UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| MORING, STEVEN ALAN | ) | CASE NO. 09-14820 |
| | ) | CHAPTER 7 |
| Debtor(s) | ) | |

## NOTICE OF DEPOSIT FOR DISBURSEMENTS LESS THAN $5.00

Comes now R. David Boyer, the duly appointed and acting trustee in the above-captioned case, and shows the Court that pursuant to FRBP 3010, the following creditor is entitled to a distribution of less than $5.00 each:

| Creditor | Amount |
|---|---|
| Target National Bank | $1.27 |
| Fingerhut Direct Marketing Inc. | $2.67 |
| GE Money Bank | $2.98 |
| Candica LLC | $3.23 |
| Dupont Hospital | $1.68 |
| Orthopaedics Northeast | $1.68 |

WHEREFORE, Trustee hereby issues a check made payable to the U.S. Bankruptcy Clerk in the total amount of $13.51 for the use and benefit of the parties set forth herein.

Submitted this 29 day of December, 2010.

/s/R. David Boyer
R. DAVID BOYER, Trustee in Bankruptcy
927 S Harrison Street, Suite 200E
Fort Wayne, Indiana 46802
(260)407-7123
e-mail: db1@boyerlegal.com

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that a copy of attached document was sent by either electronically filing or by ordinary mail, postage prepaid, on this 29 day of December, 2010 to the following creditors and interested parties:

**Notice will be electronically mailed to:**
United States Trustee   ustpregion10.so.ecf@usdoj.gov

**Notice will be mailed by ordinary mail, postage prepaid to:**
Target National Bank, c/o Weinstein and Riley, PS, P.O. Box 3978, Seattle, WA 95124-3978
Fingerhut Direct Mktg., Inc., CIT Bank, 6250 Ridgewood Road, St. Cloud, MN 56303
GE Money Bank, dba Sams Club, 25 SE 2nd Avenue Street, Miami, FL 33131
Candica LLC, c/o Weinstein and Riley, PS, PO Box 3978, Seattle, WA 98124-3978
Dupont Hospital, 2520 East Dupont Road< Fort Wayne, IN 46825
Orthopaedics Northeast, c/o Snow & Sauerteig, 203 E Berry St Ste 1310, Fort Wayne, IN 46802

          /s/ Angela R. Lee
          Angela R. Lee